# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | |
| : | No. 3:20-CR-46 (CAR) |
| **LEANN SPANNGER,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER ON MOTION TO SEAL

Before the Court is Defendant Leann Spangler's Motion to Motion to Seal Disclosure. For good cause shown, it is hereby **ORDERED** that Defendant's Motion to Seal [Doc. 114] be **GRANTED**. Defendant's Disclosure will be filed under seal. The Clerk of Court is directed to limit access to these exhibits to the parties in the above-styled action and approved court personnel only.

**SO ORDERED,** this 18th day of January, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT